AGOSTINO BALLETTO, Respondent, *v.* STATEN ISLAND
RAPID TRANSIT RAILWAY COMPANY, Appellánt.

(Argued January 11, 1935; decided February 26, 1935.)

*Harold R. Oakes* and *Robert Schwebel* for appellant.

*Elias Bernstein, Thomas Schleier* and *Seymour Kempner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.